No. 93-6893.  Holly *v.* Brennan, Warden, et al.  C. A. 3d Cir.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.